UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD K. CAVALUZZI, | ) | Case No. 05-60826-705 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| MARY ANN WEEMS, | ) | **Adversary No. 06-4037-659** |
| | ) | |
| | ) | |
| Plaintiff, | ) | PUBLISHED |
| | ) | |
| -v- | ) | |
| | ) | |
| RICHARD K. CAVALUZZI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is GRANTED in that Plaintiff's request to deny dischargeability is GRANTED and judgment is entered in favor of Plaintiff, Mary Ann Weems, in that the attorney fees incurred in defending and litigating the modification proceeding and appeal are nondischargeable pursuant to Section 523(a)(5); and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: March 16, 2007
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Mary Ann Weems
7751 Carondelet Avenue - Suite 505
Clayton, MO 63105

Kimber H. Baro
Bublitz & Baro, LLC
1113 Howdershell Road
Florissant, MO 63031

Richard K Cavaluzzi
9236 Southview Ln
St. Louis, Mo 63123